## Commonwealth v. Pompey, Appellant.

Before DiBona, J., without a jury.

Submitted June 10, 1974. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Rauser, Appellant.

Before JOHNSTONE, JR., P. J.

Submitted March 18, 1974. *William C. Haynes*, for appellant; *Michael H. Ranck*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Rivers, Appellant.

Before BRADLEY, J., without a jury.

Submitted September 17, 1974. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *John Cooper, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy

District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Rose, Appellant.

Before HESS, J.

Submitted September 12, 1974. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ross, Appellant.

Before MIRARCHI, JR., J., without a jury.

Submitted September 9, 1974. *Nino V. Tinari,* for appellant; *James Garrett, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Russell, Appellant.

Before JOHNSTONE, JR., P. J.